IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Patrick K. Myers<br>Loraine K. Myers<br>              Debtor(s)<br><br>U.S. Bank, NA<br>              Movant<br>v.<br><br>Patrick K. Myers<br>Loraine K. Myers<br> and<br>Leon P. Haller, Esquire<br>              Respondents | Chapter 7 Proceeding<br><br>1-10-bk-04425 MDF |

**ORDER**

Upon consideration of U.S. Bank, NA's Motion for Relief from the Automatic Stay, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, U.S. Bank, NA and/or its successors and assigns to proceed with foreclosure on the property located at 518 Katrina Court, Mechanicsburg, PA 17050 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, U.S. Bank, NA shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

By the Court,

Dated: August 9, 2010

*Mary D. France*
Chief Bankruptcy Judge